### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA

**MATTHEW JAMES WILLINGHAM,**

      Plaintiff,

**v.**　　　　　　　　　　　　　　　　**CASE NO. 3:11cv00542-MCR-CJK**

**CITY OF VALPARAISO, FLORIDA,**
**a Florida municipal corporation,**

      Defendant.

_____/

### PLAINTIFF, MATTHEW JAMES WILLINGHAM'S MOTION FOR RECONSIDERATION

Plaintiff makes this Motion For Reconsideration, through counsel, pursuant to Fed. Rule 60 (b) (6) and Fed. Rule 59(e), for the Court to reconsider a part of its Order dated February 3d, 2013. As grounds Plaintiff says:

1.　　　This Court entered Summary Judgment on pages 4 and 5 of its Order (Doc # 149) to the extent that Willingham's First Amendment claim is grounded on the meeting between Plaintiff, Chief Hart, and City Administrator Scott, on October 4, 2009. The Court's ruling was based on the fact that the record contains no evidence of an "intimate association", as that concept is recognized at law. Moreover, the Court finds in the Order (Doc # 149) that there is no "expressive conduct" contained in this record on the part of Matthew Willingham that would entitle him to claim violation of his First Amendment rights.

2.　　　This Court is correct that the record contains scant evidence of expressive conduct by Willingham regarding the F-35 lawsuit, the re-election of Mayor Arnold, or any other direct political statement by Willingham. However, Willingham respectfully submits that the Court overlooked the evidence in this record that Willingham was a part of an *expressive association*

that involved himself and others, and that together they constituted an "association" in the eyes of the law, though an informal one, the focus and discussion of which was electing someone other than Mayor Arnold in the coming election, and the unnecessary nature of the F-35 lawsuit.

3.     The record also contains evidence that the F-35 lawsuit was one of, if not the most, divisive issue confronting the City at that time; that Mayor Arnold, Wyckoff, and two Commissioners were one side of that issue; and that Willingham's business and Willingham personally were the hosts of the association meetings that stood as an outspoken obstacle to Mayor Arnold having his way in both the election and in the F-35 lawsuit.

4.     The record contains sufficient evidence from which a jury could find that, there being no other logical or sufficient reason to fire Matt Willingham, the City, acting through its Mayor, fired Matt Willingham because he exercised his right of expressive association in hosting, belonging to, and being "associated with" the group that met daily at Willingham Seafood to discuss politics, including these important City topics.

5.     Just as the Boy Scouts of America are an expressive association, or a political party would be, the law sets no definition containing the parameters of an expressive association. That Willingham and certain others met daily and discussed these matters, each presumably stating or at least being exposed to the views of others, makes them "associated" for legal purposes.

6.     This motion argues that there is evidence in the record which supports the above "facts", and that the law, discussed in the attached memorandum, makes firing of a City Employee because of his identification with an expressive association, an illegal violation of the employee's First Amendment rights.

Plaintiff's Counsel has conferred with Defendant's Counsel, who does oppose this motion.

Respectfully submitted:

s/ D. Michael Chesser
D. MICHAEL CHESSER
Florida Bar Number 144850
NICKOLAS PETERSEN
Florida Bar Number: 243434
CHARLES J. COMELLA
Florida Bar Number: 71645
CHESSER & BARR, P.A.
1201 Eglin Parkway
Shalimar, Florida 32579

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic notice through the CM/ECF system to J. BRUCE BOWMAN, CONERLY, BOWMAN & DYKES, P.O. Box 6944, Destin, FL 32550, bbowman@emeraldcoastlawyers.com, on this 26th day of February, 2014.

Respectfully submitted:

s/ D. Michael Chesser
D. MICHAEL CHESSER
Florida Bar Number 144850
NICKOLAS PETERSEN
Florida Bar Number: 243434
CHARLES J. COMELLA
Florida Bar Number: 71645
CHESSER & BARR, P.A.
1201 Eglin Parkway
Shalimar, Florida 32579
(850) 651-9944
(850) 651-6084 fax
*mike@chesserbarr.com*
*petersen@chesserbarr.com*
*comella@chesserbarr.com*
Attorneys for Plaintiff

3